Argued and submitted June 27, conviction for assault in 4th degree affirmed, conviction for failure to appear reversed and remanded for new trial July 16, 1986

STATE OF OREGON,
*Respondent,*

*v.*

CURTIS McPHERSON,
*Appellant.*

(540110, 561230; CA A38152)

722 P2d 38

Lester E. Seto, Salem, argued the cause and filed the brief for appellant.

Terry Ann Leggert, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Richardson and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Defendant was charged with (1) assault in the fourth degree and (2) failure to appear in the second degree. Defendant, who represented himself, waived a jury, and the trial court convicted him on both charges. Defendant appeals, seeking reversal of the convictions.

We hold that there was sufficient evidence to convict defendant on the first charge. The state concedes that the trial court erred in convicting on the second charge.

Conviction for assault in the fourth degree affirmed; conviction for failure to appear in the second degree reversed and remanded for a new trial.